IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JERMAINE EDWARD MCCOY, | : |
| Petitioner, | : |
| V. | : NO. 4:25-cv-00112-CDL-AGH |
| MUSCOGEE COUNTY SUPERIOR COURT CLERK, *et al.*, | : |
| Respondents. | : |

**ORDER OF DISMISSAL**

Petitioner Jermaine Edward McCoy filed a handwritten pleading in the Northern District of Georgia, which transferred the pleading to this Court. ECF Nos. 1 & 2. The order of transfer issued by the Northern District and an order of referral issued by this Court were separately mailed to Petitioner at the Coweta County Jail, the only address on file for Petitioner. Thereafter, both orders were returned by the U.S. Post Office as undeliverable. ECF Nos. 3 & 6.

It is Petitioner's responsibility to keep the Court informed as to his current address, and his failure to do so constitutes a failure to prosecute his case. Moreover, insofar as this Court has no information as to Petitioner's current location, this case cannot continue.

Therefore, the United States Magistrate Judge ordered Petitioner to respond and show cause to the Court why this case should not be dismissed based on his failure to keep the Court informed as to his current mailing address. ECF No. 7. Petitioner was given fourteen days to respond and was cautioned that his failure to do so would likely result in

the dismissal of this case. *Id.*

More than fourteen days have now passed since the order to show cause was entered, and Petitioner has not responded to that order, which has also been returned as undeliverable. ECF No. 8. Therefore, because Petitioner has failed to respond to the Court's orders or otherwise prosecute this case, his petition is now **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 4th day of August, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA